Argued August 25, reversed and remanded September 27, 1976

In the Matter of Talton English, Jr., alleged to be a
Mentally Ill Person.
STATE OF OREGON, *Respondent,*
*v.*
TALTON ENGLISH, JR., *Appellant.*
(No. MI 42210, CA 5615)
554 P2d 201

*Elden M. Rosenthal,* Portland, argued the cause and filed the briefs for appellant.

*Karen H. Green,* Certified Law Student, Salem, argued the cause for respondent. With her on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Tanzer, Judge, and Sloan, Senior Judge.

PER CURIAM.

**PER CURIAM**.

The determination and order of commitment in this mental illness proceeding must be reversed and remanded because the probate court took judicial notice of a court file in a previous commitment hearing involving English. This is error. *State v. O'Neill,* 274 Or 59, 545 P2d 97 (1976).

It has been suggested that on a de novo review this court can ignore the file. The trouble is that it is impossible to segregate how much of the information in that file was utilized by the examining physicians in forming their opinions and by the court in reaching its decision.

Reversed and remanded.